| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hardiman, Thomas M. | 2. Court or Organization<br><br>U. S. Court of Appeals | 3. Date of Report<br><br>07/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>2270 United States Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Trustee | St. Edmund's Academy |
| 3. | Trustee | ▓▓▓▓▓▓▓ Foundation |
| 4. | Adjunct Law Professor (pro bono) | Duquesne Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | The First City Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | K | T | | | | | |
| 2. Capital One Savings Acct. | B | Interest | N | T | | | | | |
| 3. PNC Money Market Acct. | A | Interest | N | T | | | | | |
| 4. Vangard Prmpcp Mut. Fund (MF) | A | Dividend | K | T | | | | | |
| 5. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 6. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 7. Wells Fargo MM | A | Interest | M | T | | | | | |
| 8. Altisource Asset Management | | None | | | Sold | 05/06/13 | J | D | |
| 9. Altisource Portfolio Solutions CS | | None | K | T | | | | | |
| 10. Altisource Resident - Class B | | None | | | Sold | 04/24/13 | J | A | |
| 11. AIG Group | A | Dividend | L | T | Sold (part) | 11/21/13 | K | D | |
| 12. Apple | A | Dividend | L | T | Buy | 01/14/13 | J | | |
| 13. Appel | A | Dividend | L | T | Buy | 02/24/13 | K | | |
| 14. Bank New York Mellon CS | A | Dividend | K | T | | | | | |
| 15. Barrick Gold Corp CS | A | Dividend | J | T | | | | | |
| 16. Berkshire Hathaway | | None | L | T | | | | | |
| 17. Chemtura | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems CS | B | Dividend | K | T | | | | | |
| 19. Citigroup | A | Dividend | K | T | | | | | |
| 20. Clearwire Corp. CS | | None | | | Sold | 07/12/13 | J | A | |
| 21. Corning CS | A | Dividend | K | T | | | | | |
| 22. Direct TV CS | | None | K | T | Sold (part) | 05/06/13 | J | C | |
| 23. Dish Network CS | | None | L | T | | | | | |
| 24. Disney CS | A | Dividend | K | T | | | | | |
| 25. Domtar Corp CS | A | Dividend | K | T | Sold (part) | 10/22/13 | J | C | |
| 26. Ebay CS | | None | K | T | Sold (part) | 01/17/13 | J | C | |
| 27. Express Scripts | | None | K | T | Buy | 02/27/13 | K | | |
| 28. Express Scripts | | None | K | | Buy | 04/12/13 | J | | |
| 29. Express Scripts | | None | K | | Buy | 09/20/13 | J | | |
| 30. Goldman Sachs | A | Dividend | K | T | Sold (part) | 10/29/13 | K | B | |
| 31. Google | | None | M | T | | | | | |
| 32. Health Net | | None | | | Sold | 03/07/13 | K | C | |
| 33. JP Morgan Chase CS | B | Dividend | L | T | | | | | |
| 34. Kinross Gold_lorp | | None | K | T | Buy | 12/17/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mastercard | A | Dividend | K | T | Sold (part) | 01/09/13 | K | C | |
| 36. Mastercard | A | Dividend | K | T | Sold (part) | 08/17/13 | J | D | |
| 37. Mastercard | A | | | | Sold | 10/17/13 | K | E | |
| 38. Metropsc Communications (became T.Mobile) | | None | K | T | Buy | 05/01/13 | K | | |
| 39. Newscorp CLA | | None | J | T | | | | | |
| 40. Newscorp CLB | | None | K | T | Spinoff (from line 39) | 06/19/13 | K | | |
| 41. Newmont Mining | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 42. T. Mobile (previously Metropsc Communications | | None | L | T | Spinoff (from line 38) | 05/01/13 | L | | |
| 43. Time Warner (new) | A | Dividend | L | T | Sold (part) | 05/02/13 | K | D | |
| 44. Time Warner | A | Dividend | L | T | Sold (part) | 10/22/13 | J | C | |
| 45. TRW Automotive Holdings | | None | K | T | | | | | |
| 46. US Bancorp CS | A | Dividend | K | T | Sold (part) | 07/23/13 | K | C | |
| 47. Fairchild Semiconductor | | | | | Sold | 08/03/13 | K | D | |
| 48. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 49. Wells Fargo MM | A | Interest | K | T | | | | | |
| 50. RBS Capital Funding f/k/a ABN Amro Cap VII | B | Dividend | K | T | | | | | |
| 51. American Int'l Grp | B | Interest | | | Sold | 06/17/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |
| 53. Deutsche Bank | B | Interest | K | T | | | | | |
| 54. Duke Energy PF | A | Dividend | J | T | | | | | |
| 55. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 56. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 57. Guggenheim Credit Allocation Fd | C | Dividend | K | T | Buy | 06/25/13 | K | | |
| 58. Investment Co. of America MF | A | Dividend | L | T | | | | | |
| 59. Renaissance Re Hldgs PF | A | Interest | | | Sold | 06/27/13 | J | A | |
| 60. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |
| 61. Washington Mutual Invest. MF | B | Dividend | L | T | | | | | |
| 62. Capital World Income MF | A | Dividend | K | T | | | | | |
| 63. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 64. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 65. Lord Abbett Inv. Trust C class | B | Dividend | L | T | | | | | |
| 66. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | | | | | |
| 67. 401(k) ACCOUNT #1A | | | | | | | | | |
| 68. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lg. Value Growth (T. Rowe Price) | A | Dividend | K | T | | | | | |
| 70. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | J | T | | | | | |
| 71. International Value II (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 72. International Growth (Jamns Overseas) | A | Dividend | J | T | | | | | |
| 73. 401(k) ACCOUNT #2 | | | | | | | | | |
| 74. Merrill Lynch | A | Interest | J | T | | | | | |
| 75. LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 76. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 77. Century Link | A | Dividend | J | T | | | | C | |
| 78. Citigroup CS | | None | J | T | | | | | |
| 79. Dow Chemical CS | A | Dividend | | | Sold | 12/31/13 | | | |
| 80. General Electric CS | A | Dividend | J | T | | | | | |
| 81. Intel CS | A | Dividend | | | Sold | 06/03/13 | | B | |
| 82. Merck CS | A | Dividend | J | T | | | | | |
| 83. Nektar Therapeutics CS | | None | J | T | | | | | |
| 84. Panacos Pharm. CS | | None | J | T | | | | | |
| 85. Pfizer CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sirius CS | | None | J | T | | | | | |
| 87. Wilsons Leather CS | | None | J | T | | | | | |
| 88. TRUST #1 | | | | | | | | | |
| 89. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 90. AMCAP MF | A | Dividend | L | T | | | | | |
| 91. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 92. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 93. Fundamental Inv. MF | A | Distribution | L | T | | | | | |
| 94. Growth Fund of America MF | | None | L | T | | | | | |
| 95. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 96. New Perspective MF | A | Dividend | M | T | | | | | |
| 97. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 98. TRUST #2 | | | | | | | | | |
| 99. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 100. AMCAP MF | A | Dividend | L | T | | | | | |
| 101. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 102. Europacific Growth MF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fundamental Inv. MF | A | Dividend | L | T | | | | | |
| 104. Growth Fund of America MF | | None | L | T | | | | | |
| 105. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 106. New Perspective MF | A | Dividend | L | T | | | | | |
| 107. Washington Mutual Inv. MF | A | Dividend | L | T | | | | | |
| 108. TRUST #3 | | | | | | | | | |
| 109. Wells Fargo Trust Account | A | Interest | L | T | | | | | |
| 110. AMCAP MF | A | Dividend | K | T | | | | | |
| 111. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 112. Europacific Growth MF | A | Dividend | L | T | | | | | |
| 113. Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 114. Growth Fund of America MF | | None | K | T | | | | | |
| 115. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 116. New Perspective MF | A | Dividend | L | T | | | | | |
| 117. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 118. TRUST #4 ( ▓▓▓ #3) | | | | | | | | | |
| 119. Wells Fargo Trust Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMCAP MF | A | Dividend | M | T | | | | | |
| 121. Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 122. Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 123. Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 124. Lord Abbet Inv. Trust | A | Dividend | K | T | | | | | |
| 125. New Perspective MF | A | Dividend | L | T | | | | | |
| 126. Washington Mutual Inv. MF | B | Dividend | M | T | | | | | |
| 127. TRUST #5 | | | | | | | | | |
| 128. Wells Fargo Bank Account | B | Interest | M | T | | | | | |
| 129. AMCAP MF | A | Dividend | K | T | | | | | |
| 130. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 131. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 132. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 133. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 134. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 135. Growth Fund of America MF | | None | K | T | | | | | |
| 136. Investment Co. of America MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JJ Lorick LLC (X) | | None | P1 | T | | | | | |
| 138. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 139. Altisource Asset Management | | None | | | Sold | 05/06/13 | J | B | |
| 140. Altisource Portfolio CS | | None | K | T | | | | | |
| 141. Altisource Residential Corp | | None | | | Sold | 04/24/13 | J | A | |
| 142. AIG Group | A | Dividend | K | T | Sold (part) | 11/21/13 | J | C | |
| 143. Apple Inc. | A | Dividend | K | T | Buy | 01/14/13 | J | | |
| 144. Appel Inc. | A | Dividend | K | T | Buy | 04/24/13 | J | | |
| 145. Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 146. Barrick Gold CS | A | Dividend | J | T | | | | | |
| 147. Berkshire Hathaway | | None | K | T | | | | | |
| 148. Chemtura | | None | K | T | | | | | |
| 149. Cisco Systems CS | A | Dividend | K | T | | | | | |
| 150. Citigroup | A | Dividend | K | T | | | | | |
| 151. Clearwire CS | | None | | | Sold | 07/12/13 | J | A | |
| 152. Corning | A | Dividend | J | T | | | | | |
| 153. Direct TV CS | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Dish Network CS | | None | K | T | | | | | |
| 155. Domtar | A | Dividend | J | T | Sold (part) | 10/22/13 | J | B | |
| 156. Ebay CS | | None | J | T | Sold (part) | 01/17/13 | J | B | |
| 157. Express Scripts | | None | K | T | Buy | 02/27/13 | J | | |
| 158. Express Scripts | | None | K | T | Buy | 04/12/13 | J | | |
| 159. Express Scripts | | None | K | T | Buy | 09/20/13 | J | | |
| 160. Goldman Sachs | A | Dividend | K | T | Sold (part) | 10/29/13 | J | A | |
| 161. Google | | None | K | T | | | | | |
| 162. Healthnet | | None | | | Sold | 03/07/13 | J | B | |
| 163. JPMorgan Chase CS | A | Dividend | K | T | Sold (part) | 03/14/13 | J | C | |
| 164. Mastercard | A | Dividend | K | T | Sold (part) | 01/09/13 | J | B | |
| 165. Mastercard | A | Dividend | K | T | Sold (part) | 08/08/13 | J | B | |
| 166. Mastercard | A | | | | Sold | 10/17/13 | K | C | |
| 167. Metrepcs Comm (became T.Mobile) | | None | K | T | Buy | 05/01/13 | J | | |
| 168. Newscorp - CLA | | None | J | T | | | | | |
| 169. Newscorp - CLB | | None | J | T | Spinoff (from line 168) | 06/19/13 | J | | |
| 170. Time Warner, Inc. New | A | Dividend | J | T | Sold (part) | 05/02/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TRW Automotive Holdings | | None | K | T | | | | | |
| 172. Twenty First Century Fox | | None | K | T | Spinoff (from line 168) | 07/23/13 | J | | |
| 173. US Bancorp CS | A | Dividend | K | T | Sold (part) | 07/23/13 | J | C | |
| 174. Fairchild Semiconductor | | | | | Sold | 08/03/13 | K | D | |
| 175. TRUST #6 | | | | | | | | | |
| 176. JJ Lorick LLC (X) | | None | P1 | T | Donated | 12/31/13 | P1 | | |
| 177. Wells Fargo Trust Account | B | Interest | M | T | | | | | |
| 178. AMCAP MF | A | Dividend | K | T | | | | | |
| 179. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 180. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 181. Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 182. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 183. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 184. Growth Fund of America MF | | None | K | T | | | | | |
| 185. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 186. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 187. Altisource Asset Management | | None | | | Sold | 05/06/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Altisource Portfolio CS | | None | K | T | | | | | |
| 189. Altisource Residential Corp | | None | | | Sold | 04/24/13 | J | A | |
| 190. Apple Inc. | A | Dividend | K | T | Buy | 01/14/13 | J | | |
| 191. Apple Inc. | A | Dividend | K | T | Buy | 04/24/13 | J | | |
| 192. AIG Group | A | Dividend | K | T | Sold (part) | 11/21/13 | J | C | |
| 193. Bank of New York Mellon | A | Dividend | K | T | | | | | |
| 194. Barrick Gold CS | A | Dividend | J | T | | | | | |
| 195. Berkshire Hathaway | | None | K | T | | | | | |
| 196. Chemtura | | None | K | T | | | | | |
| 197. Cisco Systems CS | A | Dividend | K | T | | | | | |
| 198. Clearwire CS | | None | | | Sold | 07/12/13 | J | A | |
| 199. Citigroup | A | Dividend | K | T | | | | | |
| 200. Corning | A | Dividend | J | T | | | | | |
| 201. DirectTV CS | | None | K | T | | | | | |
| 202. Dish Network CS | | None | K | T | | | | | |
| 203. Dotmar | A | Dividend | J | T | Sold (part) | 10/22/13 | J | | |
| 204. Ebay CS | | None | J | T | Sold (part) | 01/17/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Express Scripts | | None | K | T | Buy | 02/27/13 | J | | |
| 206. Express Scripts | | None | K | T | Buy | 04/12/13 | J | | |
| 207. Express Scripts | | None | K | T | Buy | 09/20/13 | J | | |
| 208. Goldman Sachs | A | Dividend | K | T | Sold (part) | 10/29/13 | J | A | |
| 209. Google | | None | K | T | | | | | |
| 210. JPMorgan Chase CS | A | Dividend | K | T | Sold (part) | 03/14/13 | J | C | |
| 211. Mastercard | A | Dividend | K | T | Sold (part) | 01/09/13 | J | B | |
| 212. Mastercard | A | Dividend | K | T | Sold (part) | 08/08/13 | J | B | |
| 213. Mastercard | A | | | | Sold | 10/17/13 | K | C | |
| 214. Metro PCS (became T. Mobile) | | None | | | Merged (with line 215) | 05/01/13 | J | | |
| 215. T.Mobile | | None | K | T | Buy | 05/01/13 | K | | |
| 216. News Corp CLA | | None | J | T | | | | | |
| 217. NewsCorp CLB | | None | J | T | Spinoff (from line 215) | 06/19/13 | J | | |
| 218. Time Warner New | A | Dividend | J | T | Sold (part) | 05/02/13 | J | B | |
| 219. TRW Automotive | | None | K | T | | | | | |
| 220. Twenty First Century Fox | | None | K | T | Spinoff (from line 215) | 07/23/13 | J | | |
| 221. US Bancorp CS | A | Dividend | K | T | Sold (part) | 07/23/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fairchild Semiconductor | | | | | Sold | 08/03/13 | K | D | |
| 223. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 224. West Moon Twp. Assoc. | F | Distribution | M | U | | | | | |
| 225. Bensalem Realty Assoc. | G | Distribution | N | U | | | | | |
| 226. FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 227. First City GA Partners | F | Distribution | O | U | | | | | |
| 228. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 229. SCHWAB ACCOUNT | | | | | | | | | |
| 230. Abington PA School Dist. | B | Interest | K | T | | | | | |
| 231. Agilent Technologies | A | Dividend | K | T | Buy | 06/06/13 | J | | |
| 232. AmerisourceBergen Corp CS | A | Dividend | K | T | | | | | |
| 233. Apple | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 234. Automatic Data Proc. CS | A | Dividend | K | T | | | | | |
| 235. BCE New | A | Dividend | K | T | Buy | 08/28/13 | J | | |
| 236. Bard CR Inc. CS | A | Dividend | | | Sold | 07/17/13 | K | D | |
| 237. Becton Dickinson CS | A | Dividend | K | T | | | | | |
| 238. Butler Twp. BD | A | Interest | | | Sold | 10/01/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Colgate Palmolive CS | A | Dividend | K | T | Buy | 08/28/13 | J | | |
| 240. Conoco Phillips CS | A | Dividend | K | T | | | | | |
| 241. Eaton Corp | A | Dividend | K | T | | | | | |
| 242. Emerson Elec. CS | A | Dividend | K | T | | | | | |
| 243. Exxon Mobile CS | A | Dividend | K | T | Buy | 02/12/13 | J | | |
| 244. Exxon Mobile CS | A | Dividend | K | T | Buy | 08/29/13 | J | | |
| 245. IBM CS | A | Dividend | K | T | Buy | 04/19/13 | J | | |
| 246. Johnson & Johnson CS | A | Dividend | K | T | | | | | |
| 247. JP Morgan Chase CS | A | Dividend | | | Sold | 03/22/13 | K | D | |
| 248. Lowes | A | Dividend | K | T | Sold (part) | 02/12/13 | J | B | |
| 249. Mastercard | A | Dividend | K | T | Sold (part) | 10/25/13 | K | A | |
| 250. Microsoft | A | Dividend | J | T | Buy | 02/12/13 | J | | |
| 251. Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 252. Mount Lebanon PA | B | Interest | K | T | | | | | |
| 253. Octorara PA Area | B | Interest | K | T | | | | | |
| 254. Pepsico CS | A | Dividend | K | T | | | | | |
| 255. Pfizer | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. PNC Financial CS | A | Dividend | K | T | | | | | |
| 257. Praxair CS | A | Dividend | K | T | | | | | |
| 258. Republic Services CS | A | Dividend | K | T | Buy | 02/12/13 | J | | |
| 259. Republic Services CS | | None | | | Sold (part) | 05/13/13 | J | B | |
| 260. Rock-Tenn Co CUA | A | Dividend | K | T | Buy | 11/05/13 | J | | |
| 261. Schlumberger CS | A | Dividend | K | T | Buy | 02/12/13 | J | | |
| 262. Symantec Corp | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 263. Schwab MM | A | Interest | M | T | | | | | |
| 264. Synopsys | | None | K | T | | | | | |
| 265. Sysco Corp. CS | A | Dividend | | | Sold | 07/17/13 | K | C | |
| 266. Unilever CS | A | Dividend | K | T | Buy | 08/28/13 | J | | |
| 267. United Parcel Svc. CS | A | Dividend | K | T | | | | | |
| 268. University Area Jt. | A | Interest | K | T | | | | | |
| 269. Pennsylvania HSG | A | Interest | K | T | | | | | |
| 270. Xylem | A | Dividend | K | T | Buy | 07/16/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LZH/TMH
New Investment made in Quaker Capital Partners I, L. P.
January 1, 2013 - 250,000 invested

Investment Liquidated.  Sent back through a combination of cash and securities in January, 2014 - no profit made

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544